UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2023-0418

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for Bank of America, N.A.

In Re:

Josephine Miller

Case No.: 23-14819-ABA

Hearing Date: 08/09/2023

Judge: Honorable Andrew B. Altenburg, Jr.

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

   ☒ represent the  Creator  in the above captioned matter.

   ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On August 7, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  Form of Order submitted

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 7, 2023

/s/ William M. E. Powers, III
William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>535 Route 38, Suite 580<br>Cherry Hill NJ  08002 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by the court*) |
| Nicholas Stolte, Esquire<br>412 White Horse Pike<br>Audubon, NJ   08106 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by the court*) |
| Josephine Miller<br>4762 Summer Sweet Drive<br>Mays Landing NJ  08330 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.