UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2023-0418

Powers Kirn, LLC
ecf@powerskirn.com
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000

Order Filed on August 15, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Josephine Miller

Case No.:   23-14819-ABA

Hearing Date: August 9, 2023

Judge:   Honorable Andrew B. Altenburg, Jr.

Chapter:   13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: August 15, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 23-14819-ABA    Doc 23    Filed 08/15/23    Entered 08/15/23 15:44:44    Desc Main
Document    Page 2 of 2

Page 2
Debtor: Josephine Miller
Case No.: 23-14819-ABA
Caption of Order:    ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for Bank of America, N.A., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of Bank of America, N.A., is hereby resolved upon the condition that debtor's plan is hereby amended to provide for payment in full of the pre-petition arrears due claimed by Bank of America, N.A., in the amount of $976.11 as set forth in Claim 4.

2. Debtor agrees to tender the post-petition mortgage payments directly to Bank of America, N.A., in the amounts and in accordance with the terms of the Note, Mortgage, and any Modification Agreement(s), if applicable.

3. The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.