Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−14819−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Josephine Miller
   4762 Summer Sweet Drive
   Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−8431

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/24/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 24, 2024
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Josephine Miller  
    Debtor

Case No. 23-14819-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jan 24, 2024      Form ID: 148      Total Noticed: 31

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Josephine Miller, 4762 Summer Sweet Drive, Mays Landing, NJ 08330-2842 |
| aty | + | William M.E. Powers, III, Powers Kirn, LLC, 308 Harper Drive, Suite 210, Moorestown, NJ 08057-3245 |
| 520106742 | + | Corner Property Management HOA, 28 S. New York, Suite B-6, Galloway, NJ 08205-9695 |
| 519936192 | + | Primary Office, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 24 2024 23:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 24 2024 23:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519936180 | + | EDI: CITICORP | Jan 25 2024 03:36:00 | AMEXCitiBank NA, 9111 Duke Blvd, Mason OH 45040-8999 |
| 519936181 | + | EDI: BANKAMER | Jan 25 2024 03:36:00 | Bank of America, 450 American Street, Simi Valley CA 93065-6285 |
| 519936182 | | EDI: BANKAMER | Jan 25 2024 03:36:00 | Bank of America, 4060 OgletownStanton Road, Newark DE 19713 |
| 519972619 | | EDI: BANKAMER | Jan 25 2024 03:36:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 519936183 | + | EDI: CAPITALONE.COM | Jan 25 2024 03:36:00 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519970366 | + | EDI: AIS.COM | Jan 25 2024 03:36:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519974703 | | EDI: Q3G.COM | Jan 25 2024 03:36:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519936184 | + | EDI: WFNNB.COM | Jan 25 2024 03:36:00 | Comenity CapitalBoscovs, PO Box 182120, Columbus OH 43218-2120 |
| 519936185 | | EDI: DISCOVER | Jan 25 2024 03:36:00 | Discover Bank, ATTN CMSProd Develop, PO Box 15316, Wilmington DE 19850 |
| 519947986 | | EDI: DISCOVER | Jan 25 2024 03:36:00 | Discover Bank, PO Box 3025, New Albany Ohio 43054-3025 |
| 519936186 | | Email/Text: mail@jjenkinslawgroup.com | Jan 24 2024 23:19:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 519956449 | | EDI: JPMORGANCHASE | Jan 25 2024 03:36:00 | Chase, National Bank by Mail, PO Box 6185, Westerville, OH 43086 |
| 519936187 | | EDI: JPMORGANCHASE | Jan 25 2024 03:36:00 | JPMCB Card Services, 301 N Walnut Street Floor |

| | | | | |
|---|---|---|---|---|
| | | | | 09, Wilmington DE 19801 |
| 519954082 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 24 2024 23:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519974602 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2024 23:24:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519936189 | | Email/Text: ml-ebn@missionlane.com | Jan 24 2024 23:19:00 | Mission Lane Tab Bank, 101 2nd Street Suite 350, San Francisco CA 94105 |
| 519936188 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2024 23:19:00 | Midland Credit Management, 350 Camino Del La Reina Suite 100, San Diego CA 92108-3007 |
| 519991589 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2024 23:19:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519991576 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2024 23:19:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519936190 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2024 23:19:00 | PNC Bank, 3232 Nemark Drive, Miamisburg OH 45342 |
| 519936191 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2024 23:19:00 | PNC Bank NA, PO Box 5580, Cleveland OH 44101 |
| 519995934 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2024 23:19:00 | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519989573 | | EDI: Q3G.COM | Jan 25 2024 03:36:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519936193 | + | EDI: SYNC | Jan 25 2024 03:36:00 | SYNCBAmazon PLCC, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 519936194 | + | EDI: SYNC | Jan 25 2024 03:36:00 | SYNCBHSN, 4125 Windward Plaza, Alpharetta GA 30005-8738 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 26, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Josephine Miller mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America N.A. ecf@powerskirn.com |

TOTAL: 8