Form ntcrics − ntcreincsv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−14819−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Josephine Miller
   4762 Summer Sweet Drive
   Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−8431

Employer's Tax I.D. No.:

**NOTICE OF ENTRY OF ORDER VACATING DISMISSAL OF CASE**

   Notice is hereby given that an order vacating dismissal of this case was entered on 4/16/24. The order may create new deadlines for filing of proofs of claim, complaints, and objections to exemptions, and may contain a new date for the hearing on confirmation of the Plan if this is a chapter 13 case.

   The order may be viewed at any District of New Jersey Bankruptcy Court Clerk's office, and is available for download at www.pacer.uscourts.gov.

Dated: April 17, 2024
JAN: as

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-14819-ABA |
| Josephine Miller | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 17, 2024 | Form ID: ntcrics | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Josephine Miller, 4762 Summer Sweet Drive, Mays Landing, NJ 08330-2842 |
| aty | + | William M.E. Powers, III, Powers Kirn, LLC, 308 Harper Drive, Suite 210, Moorestown, NJ 08057-3245 |
| 520106742 | + | Corner Property Management HOA, 28 S. New York, Suite B-6, Galloway, NJ 08205-9695 |
| 519936192 | + | Primary Office, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 17 2024 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 17 2024 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519936180 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2024 20:59:14 | AMEXCitiBank NA, 9111 Duke Blvd, Mason OH 45040-8999 |
| 519936181 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 17 2024 20:38:00 | Bank of America, 450 American Street, Simi Valley CA 93065-6285 |
| 519936182 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 17 2024 20:38:00 | Bank of America, 4060 OgletownStanton Road, Newark DE 19713 |
| 519972619 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 17 2024 20:38:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 519936183 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 17 2024 20:47:41 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 519970366 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 17 2024 20:46:50 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519974703 | | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2024 20:40:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519936184 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 17 2024 20:40:00 | Comenity CapitalBoscovs, PO Box 182120, Columbus OH 43218-2120 |
| 519936185 | | Email/Text: mrdiscen@discover.com | Apr 17 2024 20:39:00 | Discover Bank, ATTN CMSProd Develop, PO Box 15316, Wilmington DE 19850 |
| 519947986 | | Email/Text: mrdiscen@discover.com | Apr 17 2024 20:39:00 | Discover Bank, PO Box 3025, New Albany Ohio 43054-3025 |
| 519936186 | | Email/Text: mail@jjenkinslawgroup.com | Apr 17 2024 20:40:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 519956449 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2024 20:48:05 | Chase, National Bank by Mail, PO Box 6185, Westerville, OH 43086 |
| 519936187 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2024 20:59:09 | JPMCB Card Services, 301 N Walnut Street Floor |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 09, Wilmington DE 19801 |
| 519954082 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 17 2024 20:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519974602 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2024 20:48:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519936189 | | Email/Text: ml-ebn@missionlane.com | Apr 17 2024 20:38:00 | Mission Lane Tab Bank, 101 2nd Street Suite 350, San Francisco CA 94105 |
| 519936188 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2024 20:40:00 | Midland Credit Management, 350 Camino Del La Reina Suite 100, San Diego CA 92108-3007 |
| 519991589 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 17 2024 20:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519991576 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2024 20:39:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519936190 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2024 20:39:00 | PNC Bank, 3232 Nemark Drive, Miamisburg OH 45342 |
| 519936191 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2024 20:39:00 | PNC Bank NA, PO Box 5580, Cleveland OH 44101 |
| 519995934 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 17 2024 20:39:00 | PNC Bank, National Association, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519989573 | | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2024 20:40:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519936193 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2024 20:48:29 | SYNCBAmazon PLCC, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 519936194 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2024 20:48:09 | SYNCBHSN, 4125 Windward Plaza, Alpharetta GA 30005-8738 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 19, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2024 at the address(es) listed below:

**Name**        **Email Address**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 17, 2024 | Form ID: ntcrics | Total Noticed: 31 |

Andrew B Finberg
    ecfmail@standingtrustee.com

Denise E. Carlon
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jeffrey E. Jenkins
    on behalf of Debtor Josephine Miller mail@jjenkinslawgroup.com JenkinsClayman@jubileebk.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor Bank of America N.A. ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor Bank of America N.A. ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Bank of America N.A. ecf@powerskirn.com

TOTAL: 8