UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

JENKINS LAW GROUP
Jeffrey E. Jenkins, Esquire
412 White Horse Pike
Audubon, NJ 08106
(856)546-9696
Attorney for Debtor

In Re:

Josephine Miller,
Debtor

Case No.: 23-14819

Adv. No.:

Hearing Date:

Judge: ABA

## CERTIFICATION OF SERVICE

1. I, _____Lily Jenkins_____ :

   ☐ represent the _____ in the above-captioned matter.

   ☑ am the secretary/paralegal for ___Jeffrey E. Jenkins___, who represents the ___Debtor(s)___ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _____5/17/24_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   -Order Granting Motion To Vacate Dismissal (doc. 49)

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 5/17/24                                    /s/ Lily Jenkins
                                                  Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew Finberg, Chapter 13 Trustee | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Josephine Miller | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| PNC Bank, N.A.<br>c/o Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bank of America, N.A.<br>c/o William M.E. Powers III<br>Powers Kirn, LLC<br>308 Harper Drive, Suite 210<br>Moorestown, NJ 08057 | Attorney for Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| PNC BANK, N.A.<br>Bankruptcy Department<br>3232 Newmark Drive<br>Miamisburg, OH 45342 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 33631-3785 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Quantum3 Group LLC<br>as agent for Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Citibank, N.A.<br>c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083-0280 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| LVNV Funding<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Capital One, N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| JPMorgan Chase Bank<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, TX 75001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*new.3/15/12*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Discover Bank<br>PO Box 3025<br>New Albany Ohio43054-3025 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| PNC Bank, N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |