UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Josephine Miller,

Debtor.

Case No.:   23-14819-ABA

Chapter:   13

Hearing Date:   09/03/2024

Judge:   Altenburg

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief re: 4762 Summersweet Drive (Docket # 57)

_____

Date: 08/29/2024                                    /s/ Denise Carlon
                                                              Signature

*rev.8/1/15*