Printed on: 12/31/2024    Page 1 of 2
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-14819 (ABA)

Josephine Miller
4762 Summer Sweet Drive
Mays Landing, NJ 08330

Monthly Payment: $168.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/23/2024 | $220.00 | 05/15/2024 | $220.00 | 05/15/2024 | $220.00 | 05/15/2024 | $220.00 |
| 05/21/2024 | $220.00 | 06/20/2024 | $220.00 | 07/22/2024 | $168.00 | 08/20/2024 | $168.00 |
| 09/20/2024 | $168.00 | 10/22/2024 | $168.00 | 11/20/2024 | $168.00 | 12/20/2024 | $168.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOSEPHINE MILLER | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS LAW GROUP | 13 | $3,565.00 | $3,138.16 | $426.84 | $0.00 |
| 1 | AMEXCITIBANK NA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 24 | $976.11 | $0.00 | $976.11 | $0.00 |
| 3 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | CAPITAL ONE, N.A. | 33 | $1,705.72 | $0.00 | $1,705.72 | $0.00 |
| 5 | QUANTUM3 GROUP, LLC | 33 | $115.78 | $0.00 | $115.78 | $0.00 |
| 6 | DISCOVER BANK | 33 | $14,742.64 | $0.00 | $14,742.64 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 33 | $2,332.56 | $0.00 | $2,332.56 | $0.00 |
| 8 | JENKINS LAW GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $19,793.91 | $0.00 | $19,793.91 | $0.00 |
| 10 | MISSION LANE TAB BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PNC BANK, N.A. | 24 | $26,989.50 | $0.00 | $26,989.50 | $0.00 |
| 12 | PRIMARY OFFICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SYNCBAMAZON PLCC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SYNCBHSN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | JEFFREY E. JENKINS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | CHASE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | PNC BANK, N.A. | 33 | $7,577.45 | $0.00 | $7,577.45 | $0.00 |
| 20 | LVNV FUNDING, LLC | 33 | $666.45 | $0.00 | $666.45 | $0.00 |
| 21 | LVNV FUNDING, LLC | 33 | $1,040.81 | $0.00 | $1,040.81 | $0.00 |
| 22 | CITIBANK, N.A. | 33 | $108.22 | $0.00 | $108.22 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Case 23-14819-ABA    Doc 68    Filed 12/31/24    Entered 12/31/24 22:36:54    Desc Main
Document      Page 2 of 2

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 07/01/2023 | 11.00 | $0.00 |
| 06/01/2024 | Paid to Date | $2,420.00 |
| 07/01/2024 | 47.00 | $168.00 |
| 06/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,328.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $151.20 |
| Arrearages: | ($220.00) |
| Attorney: | JENKINS LAW GROUP |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**